IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRI S. O'NEAL, et al.,

        Plaintiffs,                    No. CIV S-06-1063 FCD DAD

        v.

SMITHKLINE BEECHAM
CORPORATION D/B/A
GLAXOSMITHKLINE, et al.,         ORDER

        Defendants.

_____/

        This matter came before the court on May 18, 2007, for hearing on plaintiff's motion for a protective order limiting the time and scope of the deposition of Timothy O'Neal, a third-party witness. Robert M. Brava-Partain appeared telephonically on behalf of plaintiffs. Sarah T. Sloan appeared telephonically on behalf of defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

        The court having considered all written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

        1. Plaintiffs' May 10, 2007 motion for a protective order is granted in part as to time and denied as to scope; and

1

2. The deposition of third-party witness Timothy O'Neal shall be limited to four hours, not counting appropriate time for breaks; the four-hour limitation is subject to reconsideration by telephonic conference call with both counsel participating, if defendant's counsel believes, based upon information developed during the deposition, that additional time is required.

DATED: May 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/oneal1063.oah.051807