UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; and DOES 1-50.<br><br>Defendants. | Case No.: CV-01063-FCD-DAD<br><br>**ORDER GRANTING DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE's EX PARTE APPLICATION TO FILE CERTAIN PAGES OF ITS RETAINED EXPERTS' REPORTS UNDER SEAL** |

The Court finds good cause to seal certain pages of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline's ("GSK") Retained Experts' Reports, which contain private, confidential personal information regarding Plaintiffs and other private individuals, as well as sensitive, confidential proprietary information, confidential research, and trade secrets regarding Paxil. Accordingly, the Court orders that Dr. Charles Scott's entire report; pages 14 through 41 of Dr. Jeff Bostic's report; pages 5 and 10 of Dr. Judith Jones's report; and pages 17 through 43 of Dr. Anthony Rothschild's report shall be SEALED. Defendant is ordered to file the reports, excluding the portions as listed above.

IT IS SO ORDERED.

DATED: July 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE