UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; and DOES 1-50.<br><br>　　　　　　　Defendants. | Case No.: 2:06-cv-01063-FCD-DAD<br><br>**ORDER GRANTING DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE's EX PARTE APPLICATION TO FILE CERTAIN PAGES OF DR. SCHLESSELMAN'S EXPERT REPORT UNDER SEAL** |

　　　The Court finds good cause to seal certain pages of Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline's ("GSK") Retained Supplemental Expert's Report, which contains sensitive, confidential, proprietary information, confidential research, and trade secrets regarding Paxil. Accordingly, the Court orders that pages 5 through 11, 15 through 22, and 28 through 31 of Dr. James Schessleman's expert report shall be SEALED.

　　　IT IS SO ORDERED.

DATED: July 18, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE