UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; and DOES 1-50.<br><br>　　　　　　　Defendants. | **Case No.:  06-CV-01063-FCD-DAD**<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR AMENDED SCHEDULING ORDER** |

The Court grants the parties' Joint Motion for Amended Scheduling Order and extends the deadline for supplemental expert designations and reports to July 16, 2007, and the deadline for expert discovery to August 24, 2007.

IT IS SO ORDERED.

DATED:  July 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE