UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; McKESSON CORPORATION, a California Corporation; and DOES 1-50.<br><br>　　　　　　　Defendants. | Case No.: 2:06-CV-01063-FCD-DAD<br><br>**ORDER GRANTING DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE's EX PARTE APPLICATION TO FILE CERTAIN EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

The Court finds good cause to seal certain exhibits to Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline's ("GSK") Motion for Summary Judgment and GRANTS GSK's request to file Exhibits ONE TO SIX (1-6) of the declaration of Halli D. Cohn under seal.

IT IS SO ORDERED.

Dated: October 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE