# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually,<br><br>　　　　　　　　Plaintiffs,<br>　vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; McKESSON CORPORATION, a California Corporation; and DOES 1-50.<br><br>　　　　　　　　Defendants. | **Case No.: 2:06-CV-01063-FCD-DAD**<br><br>**ORDER GRANTING DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE'S EX PARTE APPLICATION TO FILE CERTAIN EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT ON FEDERAL PREEMPTION GROUNDS UNDER SEAL** |

　　Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline's ("GSK") Ex Parte Application to File Certain Exhibits to its Motion for Summary Judgment on Federal Preemption Grounds Under Seal is GRANTED.  GSK may file paragraphs 22-23, 30-34, 42, 49, 57-58, 62-63, 67, and 70-74 of the Declaration of Barbara E. Arning, M.D., under Seal.  GSK may also file the following exhibits to Dr. Arning's declaration under seal:  Exhibits 1-2, 7-16, 21, 28, 33-34, 36-37, 39 and 42-45.

　　IT IS SO ORDERED.

Dated:  October 17, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE