UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually;<br><br>  Plaintiffs,<br><br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE, A Pennsylvania Corporation; McKESSON CORPORATION, A California Corporation; and DOES 1-50<br><br>  Defendants. | Case No.: 06-CV-01063-FCD-DAD<br><br>**ORDER CONTINUING THE HEARING DATE ON DEFENDANT'S PENDING MOTIONS FOR SUMMARY JUDGEMENT AND *DAUBERT* MOTIONS**<br><br>Hon. Frank C. Damrell, Jr.<br>Courtroom 2<br><br>"AS MODIFIED" |

Having considered Plaintiffs' *Ex Parte* Application to Continue the Hearing Dates On Defendant's Pending Motion for Summary Judgement and *Daubert* Motions and finding good cause therefor, the Court hereby makes the following orders:

(1) Plaintiffs' *ex parte* Application is GRANTED in part;

(2) The motion briefing schedule is hereby modified as follows:

(a) ALL oppositions to the motions shall be filed and served no later than **November 14, 2007**;

(b) ALL replies shall be filed no later than **November 30, 2007**; and

(c) The motion hearings on Defendant's Motion for Summary Judgment, [#91]; Motion For Summary Judgment On Federal Preemption Grounds, [#97]; *Daubert* Motion to Exclude Testimony of Dr. Joseph Glenmullen

[#116]; and *Daubert* Motion to Exclude Testimony of Dr. Roger Grimson [#111] are continued to **January 18, 2008 at 10:00 a.m.** in Courtroom #2.

IT IS SO ORDERED.

Dated: October 23, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE