Ronald L.M. Goldman (Bar No. 33422)
George W. Murgatroyd III (Bar No. 109761)
Kate E. Gillespie (Bar No. 227416)
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Boulevard, Suite 950
Los Angeles, CA  90025
Telephone: (310) 207-3233

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(SACRAMENTO DIVISION)

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE, A Pennsylvania Corporation; McKESSON CORPORATION, A California Corporation; and DOES 1-50<br><br>Defendants. | Case No.: 06-CV-01063-FCD-DAD<br><br>**ORDER RE PLAINTIFFS' REQUEST TO FILE OPPOSITION IN EXCESS OF THE TWENTY PAGE LIMIT** |

Having considered Plaintiffs' Request To File Opposition in Excess of The Twenty Page Limit, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

(1) Plaintiffs' Request is GRANTED;

(2) Plaintiffs may file an Opposition to Defendant's Motion for Summary Judgment Based On Federal Preemption Grounds, which shall not exceed thirty (30) pages (exclusive of any pages containing table of contents or table of authorities)

DATED: October 31, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE