UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE, A Pennsylvania Corporation;<br><br>Defendants. | Case No.: 06-cv-01063-FCD-DAD<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO CONDITIONALLY SEAL DOCUMENTS AND EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT GLAXOSMITHKLINE'S MOTION FOR SUMMARY JUDGMENT RE PREEMPTION**<br><br>"AS MODIFIED" |

The Court hereby GRANTS Plaintiffs' ex parte application to conditionally seal documents and exhibits in support of Plaintiffs' opposition to defendant's motion for summary judgment on preemption grounds. Said documents include:

(1)   Documents attached to the Declaration of George W. Murgatroyd III as Exhibits 2-12, 16-19, 21, 29, 31, 40, 42, 43, 45, 56, 59, 62, 63 and 65;

(2)   Documents attached to the Declaration of Joseph Glenmullen, M.D., as Exhibits 1 and 2; and

(3)   Documents attached to the Declaration of Roger Grimson, Ph.D., as Exhibit 1.

The Court will consider the propriety of unsealing these documents in conjunction with ruling on defendant's motion for summary judgment on preemption grounds.

IT IS SO ORDERED.

DATED: November 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE