1

2

3

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

5

6 | TERRI S. O'NEAL, individually and as
successor-in-interest to the Estate of

7 | BENJAMIN L. BRATT; BARRY M. BRATT,
individually,

8

**Case No.:  2:06-CV-01063-FCD-DAD**

9

Plaintiffs,

**ORDER REGARDING DEFENDANT
GLAXOSMITHKLINE'S REQUEST TO
FILE REPLY BRIEF IN EXCESS OF THE
TEN PAGE LIMIT**

vs.

10

11 | SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE, a Pennsylvania
Corporation; and DOES 1-50.

12

Defendants.

13

14        Having considered Defendant's Request to File Reply Brief in Excess of the Ten Page

15 | Limit, and finding good cause therefor,

16        IT IS HEREBY ORDERED THAT:

17        (1)    Defendant's Request is GRANTED;

18        (2)    Defendant may file a Reply to Plaintiffs' Opposition to Defendant's Motion for

19               Summary Judgment Based On Federal Preemption Grounds, which shall not

20               exceed fifteen (15) pages (exclusive of any pages containing the table of contents

21               or table of authorities).

        IT IS SO ORDERED.

22

23 | Dated: November 19, 2007

24

25

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

26

27

28

ORDER GRANTING GSK'S REQUEST TO INCREASE PAGE LIMIT        2:06-CV-01063-FCD-DAD

- 1 -