# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; McKESSON CORPORATION, a California Corporation; and DOES 1-50.<br><br>　　　　　　　Defendants. | **Case No.: 2:06-CV-01063-FCD-DAD**<br><br>**ORDER GRANTING DEFENDANT SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S *EX PARTE* APPLICATION TO CONDITIONALLY FILE DOCUMENTS AND EXHIBITS UNDER SEAL** |

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline's Motion for Leave to File a Sur-Reply to Plaintiffs' Reply to Defendant's Response to Plaintiffs' *Ex Parte* Application to Conditionally File Under Seal Documents and Exhibits in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (Federal Preemption) is **GRANTED**.

　　　IT IS SO ORDERED.

Dated: January 15, 2008

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE