UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| TERRI S. O'NEAL, individually and as successor-in-interest to the Estate of BENJAMIN L. BRATT; BARRY M. BRATT, individually,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania Corporation; and DOES 1-50.<br><br>                    Defendants. | Case No.:  2:06-CV-01063-FCD-DAD<br><br>**ORDER GRANTING DEFENDANT SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE'S REQUEST FOR CERTAIN EXHIBITS FILED BY PLAINTIFFS IN OPPOSITION TO GSK'S MOTION FOR SUMMARY JUDGMENT (FEDERAL PREEMPTION) TO BE SEALED** |

Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK"), by counsel, having filed its Response to Plaintiffs' *Ex Parte* Application to Conditionally File Under Seal Documents and Exhibits in Support of Plaintiffs' Opposition to GSK's Motion for Summary Judgment (Federal Preemption), as certain exhibits filed by Plaintiffs contain sensitive and confidential commercial information, research, development information, and trade secrets regarding Paxil, and the Court, being duly advised, now finds that exhibits **2** (pages 410, 417-420, 431 (lines 6-24), 464-466, 468 (line 25) -469); **3** (pages 161-165, 169); **4** (pages 168-170, 184-186); **5** (pages 126 (lines 4-11, 18-24), 149 (lines 2-23), 165-166, 169-171, 174, 219 (lines 14-24)); **6**, **8** (pages 47 (line 1) - 48 (line 7), 109 (line 12) - 116 (line 11), 164 (line 19) - 167 (line 15), 193 (lines 8-11), 195 (lines 17-23), 210 (lines 10-14), 218 (line 4) - 219 (line 10), 221 (line 9) - 222 (line 10), 223 (line 8) - 224 (line 17), 241 (line 13) - 242 (line 10), 243 (line 14) - 244 (line 12), 256 (line 20) - 259 (line 1), 263 (line 14) - 267 (line 2); 273 (line 1) - 274 (line 20), 275 (line 8) - 278 (line 23), 286 (line 17) - 287 (line 12), 321 (line 17) - 322 (line 2), 322 (lines 5-20), 325 (lines 18-24), 327 (line 17) - 329 (line 9), 330 (lines 2-6), 331 (lines 9-14)); **9** (pages 70 (line 24) - 71 (line 7), 90 (lines 4-17), 99 (lines 2-14), 100 (line 22) - 101 (line 2)); **10** (pages

165, 249 (lines 6-9); **11** (pages 62 (line 21) - 63 (line 9), 123 (line 20) - 124 (line 13), 126 (line 14) - 127 (line 3), 128 (lines 22-24)); **16-18**; **19** (pages 122 (lines 21-23), 123 (lines 1-2), 127 (line 13) - 128 (line 1), 128 (lines 14-17), 131 (lines 8-14)); **21-25**; **26** (only PAR008964009 within exhibit); **28**; **31**; **40**; **42-43**; **59**; **63**; and **65** to the Declaration of George W. Murgatroyd III; exhibits **1** ( previously sealed pages 4-7, 9-13), and **2** (previously sealed in entirety) to the Declaration of Joseph Glenmullen, M.D.; and exhibit **1** to the Declaration of Roger Grimson, Ph.D, shall be **SEALED**.

　　　　IT IS SO ORDERED.

DATED: January 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE